# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIANNA TOON-LAPORTE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 2:20-cv-1364-AKK** |
| vs. ) | |
| ) | |
| **SUN LIFE ASSURANCE** ) | |
| **COMPANY OF CANADA,** ) | |
| ) | |
| Defendant. ) | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action with prejudice, with each party to bear their own costs.

DATED: 12/8/2021

SHARON N. HARRIS, CLERK

By: Karen Humphrey
    Deputy Clerk